# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
SUN TRANSACTIONS ADVISORS, LLC §   Case No. 16-24297
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/28/2016 . The undersigned trustee was appointed on 07/28/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $   346,023.42

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim disbursement | 0.00 |
    | Administrative expenses | 229,160.94 |
    | Bank service fees | 1,423.94 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of[1]    $ | 115,438.54 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  12/19/2016  and the deadline for filing governmental claims was  01/24/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 20,551.17 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 20,551.17 , for a total compensation of $ 20,551.17 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/16/2017                    By:/s/Frances Gecker, Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-24297 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | SUN TRANSACTIONS ADVISORS, LLC | | | | Date Filed (f) or Converted (c): | 07/28/2016 (f) |
| | | | | | 341(a) Meeting Date: | 08/26/2016 |
| For Period Ending: | 11/16/2017 | | | | Claims Bar Date: | 12/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. JP MORGAN CHASE - CHECKING ACCOUNT | 12,000.00 | 12,000.00 | | 40,908.98 | FA |
| 2. JP MORGAN CHASE - CHECKING | 797.00 | 797.00 | | 764.44 | FA |
| 3. SECURITY DEPOSIT FOR OFFICE SPACE | 4,008.91 | 4,008.91 | | 0.00 | FA |
| 4. DESK, CHAIRS, CONFERENCE TABLE | Unknown | 0.00 | OA | 0.00 | FA |
| 5. COMPUTERS, SCANNER, PRINTER | Unknown | 0.00 | | 0.00 | FA |
| 6. COLLECTIBLES - 4 PRINT ARTWORK HANGINGS | Unknown | 0.00 | | 0.00 | FA |
| 7. PATENTS, COPYRIGHTS - INTERNET DOMAIN NAMES/WEBSITES | Unknown | 0.00 | | 0.00 | FA |
| 8. FRANCHISE TERRITORY | Unknown | 0.00 | | 0.00 | FA |
| 9. CUSTOMER LISTS, MARKETING | Unknown | 0.00 | | 0.00 | FA |
| 10. NOTES RECEIVABLE - SPECIALTY PLASTICS | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 11. NOTES RECEIVABLE - STARR ON-SITE | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 12. NOTES RECEIVABLE - COLUMBIA TOOL & GAGE | 12,500.00 | 12,500.00 | | 0.00 | FA |
| 13. NOTES RECEIVABLE - US MEDICAL SUPPLIES | 27,295.00 | 27,295.00 | | 0.00 | FA |
| 14. NOTES RECEIVABLE - FAWCETT'S PHARMACY | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 15. NOTES RECEIVABLE - PHARMACARE | Unknown | 0.00 | | 0.00 | FA |
| 16. CONTRACTS AND UNEXPIRED LEASES | 0.00 | 0.00 | | 304,350.00 | FA |
| Unexpired Leases and Contracts listed on Schedule G (page 20). Pursuant to Order dated 9/15/16 - Dkt. #26 - Trustee is authorized to assume Listing Agreements. | | | | | |
| 17. Goodwill | Unknown | Unknown | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $129,600.91 | $129,600.91 | | $346,023.42 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8/2/17 - FINAL TAX RETURNS WERE FILED AND THE TRUSTEE IS PREPARING A TFR.

Exhibit A

Initial Projected Date of Final Report (TFR): 06/01/2017       Current Projected Date of Final Report (TFR): 11/01/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-24297 | Trustee Name: Frances Gecker, Trustee |
| Case Name: SUN TRANSACTIONS ADVISORS, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2101 |
| | Checking |
| Taxpayer ID No: XX-XXX8871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/16 | 1 | SUN TRANSACTIONS ADVISORS, LLC<br>150 N. MARTINGALE ROAD<br>SUITE 825<br>SCHAUMBURG, IL 60173 | DEBTOR'S BANK ACCOUNT | 1129-000 | $40,908.98 | | $40,908.98 |
| 08/31/16 | 2 | SUN TRANSACTIONS ADVISORS, LLC<br>150 N. MARTINGALE ROAD<br>SUITE 825<br>SCHAUMBURG, IL 60173 | DEBTOR'S BANK ACCOUNT | 1129-000 | $764.44 | | $41,673.42 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $41,663.42 |
| 09/15/16 | 5001 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $6,516.13 | $35,147.29 |
| 09/22/16 | 5002 | SUMMIT MARKETING CO., INC.<br>1644 PEBBLE BEACH DRIVE<br>HOFFMAN ESTATES, IL 60169 | Fred Atwood Commission Statement<br>FEIN 20-3068081 | 2690-000 | | $17,850.00 | $17,297.29 |
| 09/30/16 | 5003 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $15,297.29 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.76 | $15,244.53 |
| 10/17/16 | 16 | JEFF DETERDING<br>1506 S. MAIN STREET<br>RED BUD, IL 62278 | SALES COMMISSION OF LICENSE SALE - DETERDING DRUGS | 1121-000 | $70,000.00 | | $85,244.53 |
| 10/18/16 | 5004 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $83,244.53 |
| 10/18/16 | 5005 | SUMMIT MARKETING CO., INC.<br>Attn: Fred Atwood<br>1644 Pebble Beach Dr.<br>Hoffman Estates, IL 60169 | Deterding Drug - Sale Commission | 2690-000 | | $18,900.00 | $64,344.53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **UST Form 101-7-TFR (5/1/2011)** *(Page: 5)* | | | Page Subtotals: | | $111,673.42 | $47,328.89 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No.: 16-24297 | Trustee Name: Frances Gecker, Trustee |
| Case Name: SUN TRANSACTIONS ADVISORS, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2101 |
| | Checking |
| Taxpayer ID No: XX-XXX8871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/18/16 | 5006 | SOURCEWORKS, INC. Attention: James McNeela 2501 Ardmore Ave. Inverness, IL  60067 | Deterding Drug - Sale Commission | 2690-000 | | $15,750.00 | $48,594.53 |
| 10/18/16 | 5007 | T. DONNELLY, INC. c/o Dan Donnelly 10910 S. Natchez Worth, IL  60482 | Deterding Drug - Sale Commission | 2690-000 | | $7,000.00 | $41,594.53 |
| 10/18/16 | 5008 | BETTER LIFE TRADING COMPANY, INC. Attn:  Joy Williams 503 DORCHESTER CT. #101 ROSELLE, IL  60172 | Deterding Drug - Sale Commission | 2690-000 | | $1,417.50 | $40,177.03 |
| 10/20/16 | 16 | RITA A FARRELL 7420 S COUNTY LINE RD BURR RIDGE, IL  60527-7947 | SALES COMMISSION OF STOCK SALE - HURST ENTERPRISES INC. | 1121-000 | $21,000.00 | | $61,177.03 |
| 10/26/16 | 5009 | BOB ENGEL, INC. Robert Engel 17437 Harvest Hill Dr. Orland Park, IL  60467 | BROKER'S COMMISSION FOR HURST ENTERPRISES SALE | 2690-000 | | $11,550.00 | $49,627.03 |
| 10/26/16 | 5010 | BETTER LIFE TRADING COMPANY, INC. 503 DORCHESTER CT. #101 ROSELLE, IL  60172 | BROKER'S COMMISION FOR HURST ENTERPRISES SALE | 2690-000 | | $472.50 | $49,154.53 |
| 11/01/16 | 16 | GODDARD SCHOOLS OLATHE & OVERLAND PARK | SALES COMMISSION OF LICENSE SALE - GODDARD SCHOOLS | 1121-000 | $66,250.00 | | $115,404.53 |
| 11/02/16 | 5011 | BETTER LIFE TRADING CO., INC. 503 DORCHESTER CT. #101 ROSELLE, IL  60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $113,404.53 |
| 11/02/16 | 5012 | R. HANSON CORPORATION Attn: Bob Hanson 321 ISLAND VIEW LANE LAKE BARRINGTON, IL  60010 | Goddard Schools Olathe & Overland Park - Broker Commission for Sale of Stock | 2690-000 | | $36,437.50 | $76,967.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | | | Page Subtotals: | | $87,250.00 | $74,627.50 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 16-24297  
Case Name: SUN TRANSACTIONS ADVISORS, LLC  
Taxpayer ID No: XX-XXX8871  
For Period Ending: 11/16/2017

Trustee Name: Frances Gecker, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2101  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/16 | 5013 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Goddard Schools Olathe & Overland Park - Broker Commission for Sale of Stock | 2690-000 | | $1,490.62 | $75,476.41 |
| 11/04/16 | 16 | ELKHART PHARMACY<br>Wire Transfer In | SALES COMMISSION OF LICENSE SALE - ELKHART PHARMACY | 1121-000 | $2,500.00 | | $77,976.41 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.36 | $77,908.05 |
| 11/09/16 | 5014 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | SALE COMMISSION FROM ELKHART PHARMACY | 2690-000 | | $125.00 | $77,783.05 |
| 11/18/16 | 5015 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $75,783.05 |
| 12/05/16 | 5016 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $73,783.05 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $124.44 | $73,658.61 |
| 12/15/16 | 5017 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $71,658.61 |
| 12/28/16 | 5018 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $69,658.61 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.84 | $69,549.77 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*      Page Subtotals:      $2,500.00      $9,917.26

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-24297 | Trustee Name: Frances Gecker, Trustee |
| Case Name: SUN TRANSACTIONS ADVISORS, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2101 |
| | Checking |
| Taxpayer ID No: XX-XXX8871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/17/17 | 5019 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $67,549.77 |
| 02/01/17 | 5020 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $65,549.77 |
| 02/02/17 | 5021 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond 2017 | 2300-000 | | $28.19 | $65,521.58 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.17 | $65,419.41 |
| 02/16/17 | 16 | GARDI & HAUGHT, LTD<br>Lawyers Trust Fund of Illinois<br>939 N. Plum Grove Road, Suite C<br>Schaumburg, IL 60173 | SALES COMMISSION - Sarpino's | 1121-000 | $44,600.00 | | $110,019.41 |
| 02/16/17 | 5022 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $108,019.41 |
| 02/16/17 | 5023 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Operating Consultant Closing Bonus - Order dated 9/15/16 Sarpino's - Sale Commission Pursuant to Order dated 9/15/16 [Dkt. #29]. | 2690-000 | | $1,003.50 | $107,015.91 |
| 02/21/17 | 5024 | Ken Kurtz<br>Mistershop.com<br>1721 Mission Hills Road, Suite 107<br>Northbrook, IL 60062 | Commission for sale of Sarpino's Wrigleville Pursuant to Order dated 9/15/16 - Dkt. No. 29 | 2690-000 | | $24,530.00 | $82,485.91 |
| 02/28/17 | 5025 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $80,485.91 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.20 | $80,373.71 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*    Page Subtotals:    $44,600.00    $33,776.06

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 16-24297 | Trustee Name: Frances Gecker, Trustee |
| Case Name: SUN TRANSACTIONS ADVISORS, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2101 |
| | Checking |
| Taxpayer ID No: XX-XXX8871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/16/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.59 | $80,254.12 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.47 | $80,138.65 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.13 | $80,019.52 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.13 | $79,904.39 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.81 | $79,785.58 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.62 | $79,666.96 |
| 09/26/17 | 16 | WIRE IN - SILVER CREEK PHARMACY | Sale of Silver Creek Pharmacy | 1121-000 | $100,000.00 | | $179,666.96 |
| 09/27/17 | 5026 | MLM, LLP<br>Attention: William Mears<br>400 Midland Court<br>Suite 101<br>Janesville, WI 53546 | Silver Creek Pharmacy Sale - Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | 2690-000 | | $6,000.00 | $173,666.96 |
| 09/27/17 | 5027 | RW SUN INC.<br>ATTN: RYAN WULFEKUHL<br>15346 PAPIO STREET<br>OMAHA, NE 68138 | Silver Creek Pharmacy Sale - Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | 2690-000 | | $46,200.00 | $127,466.96 |
| 09/27/17 | 5028 | T. DONNELLY, INC.<br>c/o Dan Donnelly<br>10910 S. Natchez<br>Worth, IL 60482 | Silver Creek Pharmacy Sale - Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | 2690-000 | | $10,000.00 | $117,466.96 |
| 09/27/17 | 5029 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Silver Creek Pharmacy Sale - Operating Consultant Bonus Closing for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | 3991-000 | | $1,890.00 | $115,576.96 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 9)* | Page Subtotals: | $100,000.00 $64,796.75 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 16-24297  
Case Name: SUN TRANSACTIONS ADVISORS, LLC  
Taxpayer ID No: XX-XXX8871  
For Period Ending: 11/16/2017  

Trustee Name: Frances Gecker, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2101  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $138.42 | $115,438.54 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $346,023.42 | $230,584.88 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $346,023.42 | $230,584.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $346,023.42 | $230,584.88 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*    Page Subtotals:    $0.00    $138.42

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2101 - Checking | $346,023.42 | $230,584.88 | $115,438.54 |
|  | $346,023.42 | $230,584.88 | $115,438.54 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $346,023.42 |
| Total Gross Receipts: | $346,023.42 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-24297  
Debtor Name: SUN TRANSACTIONS ADVISORS, LLC  
Claims Bar Date: 12/19/2016  

Date: November 16, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES PC<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $4,885.10 | $4,885.10 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES PC<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $37.10 | $37.10 |
| 200 3991 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Administrative | Consultant Fees - Order dated 9/15/16 - Dkt. #27 | $0.00 | $22,000.00 | $22,000.00 |
| 200 3991 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Administrative | BUSINESS OPERATING CONSULTANT FOR TRUSTEE - DKT #27 | $0.00 | $6,516.13 | $6,516.13 |
| 200 3991 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Administrative | Deterding Drug - Sale Commission<br>Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $1,417.50 | $1,417.50 |
| 200 3991 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Administrative | Hurst Enterprises - Broker Commission for Sale of Stock<br>Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $472.50 | $472.50 |
| 200 3991 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Administrative | Goddard Schools Olathe & Overland Park - Broker Commission for Sale of Stock<br>Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $1,490.62 | $1,490.62 |
| 200 3991 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Administrative | Elkhart Pharmacy | $0.00 | $125.00 | $125.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-24297  
Date: November 16, 2017  
Debtor Name: SUN TRANSACTIONS ADVISORS, LLC  
Claims Bar Date: 12/19/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 200 3991 | BETTER LIFE TRADING COMPANY, INC. 503 DORCHESTER CT. #101 ROSELLE, IL 60172 | Administrative | Sarpino's - Sale Commission Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $1,003.50 | $1,003.50 |
| 200 3991 | BETTER LIFE TRADING COMPANY, INC. 503 DORCHESTER CT. #101 ROSELLE, IL 60172 | Administrative | Silver Creek Pharmacy Sale - Operating Consultant Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $1,890.00 | $1,890.00 |
| 200 2690 | BOB ENGEL, INC. Robert Engel 17437 Harvest Hill Dr. Orland Park, IL 60467 | Administrative | Hurst Enterprises - Broker Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $11,550.00 | $11,550.00 |
| 100 2100 | Frances Gecker FRANKGECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $20,551.17 | $20,551.17 |
| 100 3110 | FRANKGECKER LLP 325 N. LASALLE STREET SUITE 625 CHICAGO, ILLINOIS 60654 | Administrative | First and Final Fee Application | $0.00 | $54,057.50 | $54,057.50 |
| 100 3120 | FRANKGECKER LLP 325 N. LASALLE STREET SUITE 625 CHICAGO, ILLINOIS 60654 | Administrative | First and Final Fee Application | $0.00 | $378.18 | $378.18 |
| 200 2690 | Ken Kurtz Mistershop.com 1721 Mission Hills Road, Suite 107 Northbrook, IL 60062 | Administrative | Sarpino's - Sale Commission Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $24,530.00 | $24,530.00 |
| 200 2690 | MLM, LLP Attention: William Mears 400 Midland Court Suite 101 Janesville, WI 53546 | Administrative | Silver Creek Pharmacy Sale - Broker Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $6,000.00 | $6,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-24297  
Debtor Name: SUN TRANSACTIONS ADVISORS, LLC  
Claims Bar Date: 12/19/2016  
Date: November 16, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 200 2690 | R. HANSON CORPORATION<br>Attn: Bob Hanson<br>321 ISLAND VIEW LANE<br>LAKE BARRINGTON, IL  60010 | Administrative | Goddard Schools Olathe & Overland Park - Broker Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $36,437.50 | $36,437.50 |
| 200 2690 | RW SUN INC.<br>ATTN: RYAN WULFEKUHL<br>15346 PAPIO STREET<br>OMAHA, NE  68138 | Administrative | Silver Creek Pharmacy Sale - Broker Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $46,200.00 | $46,200.00 |
| 200 2690 | SOURCEWORKS, INC.<br>Attention: James McNeela<br>2501 Ardmore Ave.<br>Inverness, IL  60067 | Administrative | Deterding Drug - Sale Commission<br>Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $15,750.00 | $15,750.00 |
| 200 2690 | SUMMIT MARKETING CO., INC.<br>1644 Pebble Beach Dr.<br>Hoffman Estates, IL  60169 | Administrative | Sale Commission<br>Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $17,850.00 | $17,850.00 |
| 200 2690 | SUMMIT MARKETING CO., INC.<br>1644 Pebble Beach Dr.<br>Hoffman Estates, IL  60169 | Administrative | Deterding Drug - Sale Commission<br>Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $18,900.00 | $18,900.00 |
| 200 2690 | T. DONNELLY, INC.<br>c/o Dan Donnelly<br>10910 S. Natchez<br>Worth, IL  60482 | Administrative | Deterding Drug - Sale Commission<br>Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $7,000.00 | $7,000.00 |
| 200 2690 | T. DONNELLY, INC.<br>c/o Dan Donnelly<br>10910 S. Natchez<br>Worth, IL  60482 | Administrative | Silver Creek Pharmacy Sale - Broker Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | $0.00 | $10,000.00 | $10,000.00 |
| 1 300 7100 | DANIEL K. PEDERSEN<br>1331 WINDHILL<br>PALATINE, IL  60067 | Unsecured | | $0.00 | $46,784.98 | $46,784.98 |
| | Case Totals | | | $0.00 | $355,826.78 | $355,826.78 |

Page 3                                                                                 Printed: November 16, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-24297 Date: November 16, 2017
Debtor Name: SUN TRANSACTIONS ADVISORS, LLC
Claims Bar Date: 12/19/2016

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-24297
Case Name: SUN TRANSACTIONS ADVISORS, LLC
Trustee Name: Frances Gecker, Trustee

| Balance on hand | $ | 115,438.54 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 20,551.17 | $ 0.00 | $ 20,551.17 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 54,057.50 | $ 0.00 | $ 54,057.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 378.18 | $ 0.00 | $ 378.18 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES PC | $ 4,885.10 | $ 0.00 | $ 4,885.10 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES PC | $ 37.10 | $ 0.00 | $ 37.10 |
| Other: BETTER LIFE TRADING CO., INC. | $ 22,000.00 | $ 22,000.00 | $ 0.00 |
| Other: BETTER LIFE TRADING COMPANY, INC. | $ 12,915.25 | $ 12,915.25 | $ 0.00 |
| Other: BOB ENGEL, INC. | $ 11,550.00 | $ 11,550.00 | $ 0.00 |
| Other: Ken Kurtz | $ 24,530.00 | $ 24,530.00 | $ 0.00 |
| Other: MLM, LLP | $ 6,000.00 | $ 6,000.00 | $ 0.00 |
| Other: R. HANSON CORPORATION | $ 36,437.50 | $ 36,437.50 | $ 0.00 |
| Other: RW SUN INC. | $ 46,200.00 | $ 46,200.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: SOURCEWORKS, INC. | $ 15,750.00 | $ 15,750.00 | $ 0.00 |
| Other: SUMMIT MARKETING CO., INC. | $ 36,750.00 | $ 36,750.00 | $ 0.00 |
| Other: T. DONNELLY, INC. | $ 17,000.00 | $ 17,000.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    79,909.05

Remaining Balance    $    35,529.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,784.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 75.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DANIEL K. PEDERSEN | $ 46,784.98 | $ 0.00 | $ 35,529.49 |

Total to be paid to timely general unsecured creditors    $    35,529.49

Remaining Balance    $    0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE