UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )        BK No.:   16-24297
                                          )
SUN TRANSACTIONS ADVISORS, LLC,           )        Chapter: 7
                                          )
                                          )        Honorable Carol Doyle
                                          )
                                          )
        Debtor(s)                         )

**ORDER AUTHORIZING FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of Alan D. Lasko & Associates, P.C. For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given; the Court being well advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. Alan D. Lasko & Associates, P.C. is hereby allowed reasonable compensation for actual, necessary accounting services in the amount of $4,885.10;

2. Alan D. Lasko & Associates, P.C. is hereby allowed reimbursement of actual, necessary expenses in the amount of $37.10; and

3. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of Emerald Casino, Inc., is hereby directed to pay $4,922.20 to Alan D. Lasko & Associates, P.C.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  December 20, 2017

**Prepared by:**

Micah R. Krohn (ARDC No. 6217264)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.:  (312) 276-1400
Fax:  (312) 276-0035
mkrohn@fgllp.com