UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-24297 |
| | ) | |
| SUN TRANSACTIONS ADVISORS, LLC, | ) | Chapter: 7 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF FRANKGECKER LLP
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given to all unpaid creditors; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $54,057.50;

2. FrankGecker LLP is hereby allowed reimbursement of actual, necessary expenses in the amount of $378.18; and

3. Authorizing Frances Gecker, the Chapter 7 Trustee, to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $54,435.68.

Enter:

*[signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: December 20, 2017

**Prepared by:**

Micah R. Krohn (IL No. 6217264)
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone: (312) 276-1400
mkrohn@fgllp.com