UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
SUN TRANSACTIONS ADVISORS, LLC      §     Case No. 16-24297
                                    §
                                    §
         Debtor                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Frances Gecker, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 116,803.91<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 35,529.49 | Claims Discharged<br>Without Payment: 128,452.40 |
| Total Expenses of Administration: 310,493.93 | |

    3) Total gross receipts of $ 346,023.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 346,023.42 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 310,493.93 | 310,493.93 | 310,493.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 17,850.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 99,346.91 | 46,784.98 | 46,784.98 | 35,529.49 |
| **TOTAL DISBURSEMENTS** | $ 117,196.91 | $ 357,278.91 | $ 357,278.91 | $ 346,023.42 |

4) This case was originally filed under chapter 7 on 07/28/2016 . The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2018                By:/s/Frances Gecker, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTRACTS AND UNEXPIRED LEASES | 1121-000 | 304,350.00 |
| JP MORGAN CHASE - CHECKING | 1129-000 | 764.44 |
| JP MORGAN CHASE - CHECKING ACCOUNT | 1129-000 | 40,908.98 |
| TOTAL GROSS RECEIPTS | | $346,023.42 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 20,551.17 | 20,551.17 | 20,551.17 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 28.19 | 28.19 | 28.19 |
| Associated Bank | 2600-000 | NA | 1,423.94 | 1,423.94 | 1,423.94 |
| BOB ENGEL, INC. | 2690-000 | NA | 11,550.00 | 11,550.00 | 11,550.00 |
| Ken Kurtz | 2690-000 | NA | 24,530.00 | 24,530.00 | 24,530.00 |
| MLM, LLP | 2690-000 | NA | 6,000.00 | 6,000.00 | 6,000.00 |
| R. HANSON CORPORATION | 2690-000 | NA | 36,437.50 | 36,437.50 | 36,437.50 |
| RW SUN INC. | 2690-000 | NA | 46,200.00 | 46,200.00 | 46,200.00 |
| SOURCEWORKS, INC. | 2690-000 | NA | 15,750.00 | 15,750.00 | 15,750.00 |
| SUMMIT MARKETING CO., INC. | 2690-000 | NA | 36,750.00 | 36,750.00 | 36,750.00 |
| T. DONNELLY, INC. | 2690-000 | NA | 17,000.00 | 17,000.00 | 17,000.00 |
| FRANKGECKER LLP | 3110-000 | NA | 54,057.50 | 54,057.50 | 54,057.50 |
| FRANKGECKER LLP | 3120-000 | NA | 378.18 | 378.18 | 378.18 |
| ALAN D. LASKO & ASSOCIATES PC | 3410-000 | NA | 4,885.10 | 4,885.10 | 4,885.10 |
| ALAN D. LASKO & ASSOCIATES PC | 3420-000 | NA | 37.10 | 37.10 | 37.10 |
| BETTER LIFE TRADING CO., INC. | 3991-000 | NA | 22,000.00 | 22,000.00 | 22,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BETTER LIFE TRADING COMPANY, INC. | 3991-000 | NA | 12,915.25 | 12,915.25 | 12,915.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 310,493.93 | $ 310,493.93 | $ 310,493.93 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BETTER LIFE TRADING CO., INC. | | 0.00 | NA | NA | 0.00 |
| | JOY WILLIAMS | | 0.00 | NA | NA | 0.00 |
| | RW SUN INC. | | 0.00 | NA | NA | 0.00 |
| | SUMMIT MARKETING CO. | | 17,850.00 | NA | NA | 0.00 |
| | T. DONNELLY INC. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 17,850.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ANDERSON & WANCA | | 0.00 | NA | NA | 0.00 |
| | BETTER LIFE TRADING CO INC. | | 0.00 | NA | NA | 0.00 |
| | BETTER LIFE TRADING CO. INC. | | 400.00 | NA | NA | 0.00 |
| | BIZBUYSELL.COM | | 174.95 | NA | NA | 0.00 |
| | BIZQUEST | | 79.95 | NA | NA | 0.00 |
| | BOB ENGEL INC. | | 0.00 | NA | NA | 0.00 |
| | CENTRAL ALARM SIGNAL INC. | | 0.00 | NA | NA | 0.00 |
| | CHRIS TRUDEAU | | 0.00 | NA | NA | 0.00 |
| | COMAST CORPORATION | | 379.27 | NA | NA | 0.00 |
| | COMED | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DENNEN & SIMMONS LLC | | 0.00 | NA | NA | 0.00 |
| | DROOG LLC | | 2,400.00 | NA | NA | 0.00 |
| | EXELON CORPORATION DBA COMED | | 125.00 | NA | NA | 0.00 |
| | FCJ INC. | | 0.00 | NA | NA | 0.00 |
| | HOSTGATOR.COM | | 15.99 | NA | NA | 0.00 |
| | JOY WILLIAMS | | 0.00 | NA | NA | 0.00 |
| | JP MORGAN CHASE BANK | | 19,513.41 | NA | NA | 0.00 |
| | KALON SARBY | | 0.00 | NA | NA | 0.00 |
| | MICHELLE ANTHONY INC. | | 4,950.00 | NA | NA | 0.00 |
| | MISTERSHOP.COM | | 0.00 | NA | NA | 0.00 |
| | MM WOODFIELD MARTINGALE LLC | | 4,365.04 | NA | NA | 0.00 |
| | MMI BUSINESS BROKERS LLC DBA SUNBE | | 4,200.00 | NA | NA | 0.00 |
| | NAPER ENTERPRISES | | 6,875.00 | NA | NA | 0.00 |
| | OPTIMAL LAND SOLUTIONS | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PREMIER PLANS LTD | | 0.00 | NA | NA | 0.00 |
| | R. HANSON CORPORATION | | 0.00 | NA | NA | 0.00 |
| | SOURCEWORKS INC. | | 0.00 | NA | NA | 0.00 |
| | SUMMIT MARKETING CO. | | 19,580.00 | NA | NA | 0.00 |
| | T. DONNELLY INC. | | 4,000.00 | NA | NA | 0.00 |
| | THE HARTFORD | | 1,311.00 | NA | NA | 0.00 |
| | THE HARTFORD | | 3,691.00 | NA | NA | 0.00 |
| | WCA CONSULTING INC. | | 11,880.00 | NA | NA | 0.00 |
| | WCA CONSULTING INC. | | 15,358.75 | NA | NA | 0.00 |
| | WISCONSIN GLACIER SPRINGS CO. | | 47.55 | NA | NA | 0.00 |
| 1 | DANIEL K. PEDERSEN | 7100-000 | 0.00 | 46,784.98 | 46,784.98 | 35,529.49 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 99,346.91 | $ 46,784.98 | $ 46,784.98 | $ 35,529.49 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-24297 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SUN TRANSACTIONS ADVISORS, LLC | | | | Date Filed (f) or Converted (c): | 07/28/2016 (f) |
| | | | | | 341(a) Meeting Date: | 08/26/2016 |
| For Period Ending: | 01/31/2018 | | | | Claims Bar Date: | 12/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. JP MORGAN CHASE - CHECKING ACCOUNT | 12,000.00 | 12,000.00 | | 40,908.98 | FA |
| 2. JP MORGAN CHASE - CHECKING | 797.00 | 797.00 | | 764.44 | FA |
| 3. SECURITY DEPOSIT FOR OFFICE SPACE | 4,008.91 | 4,008.91 | | 0.00 | FA |
| 4. DESK, CHAIRS, CONFERENCE TABLE | Unknown | 0.00 | OA | 0.00 | FA |
| 5. COMPUTERS, SCANNER, PRINTER | Unknown | 0.00 | | 0.00 | FA |
| 6. COLLECTIBLES - 4 PRINT ARTWORK HANGINGS | Unknown | 0.00 | | 0.00 | FA |
| 7. PATENTS, COPYRIGHTS - INTERNET DOMAIN NAMES/WEBSITES | Unknown | 0.00 | | 0.00 | FA |
| 8. FRANCHISE TERRITORY | Unknown | 0.00 | | 0.00 | FA |
| 9. CUSTOMER LISTS, MARKETING | Unknown | 0.00 | | 0.00 | FA |
| 10. NOTES RECEIVABLE - SPECIALTY PLASTICS | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 11. NOTES RECEIVABLE - STARR ON-SITE | 24,000.00 | 24,000.00 | | 0.00 | FA |
| 12. NOTES RECEIVABLE - COLUMBIA TOOL & GAGE | 12,500.00 | 12,500.00 | | 0.00 | FA |
| 13. NOTES RECEIVABLE - US MEDICAL SUPPLIES | 27,295.00 | 27,295.00 | | 0.00 | FA |
| 14. NOTES RECEIVABLE - FAWCETT'S PHARMACY | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 15. NOTES RECEIVABLE - PHARMACARE | Unknown | 0.00 | | 0.00 | FA |
| 16. CONTRACTS AND UNEXPIRED LEASES   Unexpired Leases and Contracts listed on Schedule G (page 20). Pursuant to Order dated 9/15/16 - Dkt. #26 - Trustee is authorized to assume Listing Agreements. | 0.00 | 0.00 | | 304,350.00 | FA |
| 17. Goodwill | Unknown | Unknown | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $129,600.91 | $129,600.91 | | $346,023.42 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8/2/17 - FINAL TAX RETURNS WERE FILED AND THE TRUSTEE IS PREPARING A TFR.

Exhibit 8

Initial Projected Date of Final Report (TFR): 06/01/2017     Current Projected Date of Final Report (TFR): 11/01/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-24297 | Trustee Name: Frances Gecker, Trustee |
| Case Name: SUN TRANSACTIONS ADVISORS, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2101 |
| | Checking |
| Taxpayer ID No: XX-XXX8871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/16 | 1 | SUN TRANSACTIONS ADVISORS, LLC<br>150 N. MARTINGALE ROAD<br>SUITE 825<br>SCHAUMBURG, IL 60173 | DEBTOR'S BANK ACCOUNT | 1129-000 | $40,908.98 | | $40,908.98 |
| 08/31/16 | 2 | SUN TRANSACTIONS ADVISORS, LLC<br>150 N. MARTINGALE ROAD<br>SUITE 825<br>SCHAUMBURG, IL 60173 | DEBTOR'S BANK ACCOUNT | 1129-000 | $764.44 | | $41,673.42 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $41,663.42 |
| 09/15/16 | 5001 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $6,516.13 | $35,147.29 |
| 09/22/16 | 5002 | SUMMIT MARKETING CO., INC.<br>1644 PEBBLE BEACH DRIVE<br>HOFFMAN ESTATES, IL 60169 | Fred Atwood Commission Statement<br>FEIN 20-3068081 | 2690-000 | | $17,850.00 | $17,297.29 |
| 09/30/16 | 5003 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $15,297.29 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.76 | $15,244.53 |
| 10/17/16 | 16 | JEFF DETERDING<br>1506 S. MAIN STREET<br>RED BUD, IL 62278 | SALES COMMISSION OF LICENSE SALE - DETERDING DRUGS | 1121-000 | $70,000.00 | | $85,244.53 |
| 10/18/16 | 5004 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $83,244.53 |
| 10/18/16 | 5005 | SUMMIT MARKETING CO., INC.<br>Attn: Fred Atwood<br>1644 Pebble Beach Dr.<br>Hoffman Estates, IL 60169 | Deterding Drug - Sale Commission | 2690-000 | | $18,900.00 | $64,344.53 |

Page Subtotals: $111,673.42 $47,328.89

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-24297 | Trustee Name: Frances Gecker, Trustee |
| Case Name: SUN TRANSACTIONS ADVISORS, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2101 |
| | Checking |
| Taxpayer ID No: XX-XXX8871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/18/16 | 5006 | SOURCEWORKS, INC.<br>Attention: James McNeela<br>2501 Ardmore Ave.<br>Inverness, IL  60067 | Deterding Drug - Sale Commission | 2690-000 | | $15,750.00 | $48,594.53 |
| 10/18/16 | 5007 | T. DONNELLY, INC.<br>c/o Dan Donnelly<br>10910 S. Natchez<br>Worth, IL  60482 | Deterding Drug - Sale Commission | 2690-000 | | $7,000.00 | $41,594.53 |
| 10/18/16 | 5008 | BETTER LIFE TRADING COMPANY, INC.<br>Attn:  Joy Williams<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL  60172 | Deterding Drug - Sale Commission | 2690-000 | | $1,417.50 | $40,177.03 |
| 10/20/16 | 16 | RITA A FARRELL<br>7420 S COUNTY LINE RD<br>BURR RIDGE, IL  60527-7947 | SALES COMMISSION OF STOCK SALE - HURST ENTERPRISES INC. | 1121-000 | $21,000.00 | | $61,177.03 |
| 10/26/16 | 5009 | BOB ENGEL, INC.<br>Robert Engel<br>17437 Harvest Hill Dr.<br>Orland Park, IL  60467 | BROKER'S COMMISSION FOR HURST ENTERPRISES SALE | 2690-000 | | $11,550.00 | $49,627.03 |
| 10/26/16 | 5010 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL  60172 | BROKER'S COMMISION FOR HURST ENTERPRISES SALE | 2690-000 | | $472.50 | $49,154.53 |
| 11/01/16 | 16 | GODDARD SCHOOLS OLATHE & OVERLAND PARK | SALES COMMISSION OF LICENSE SALE - GODDARD SCHOOLS | 1121-000 | $66,250.00 | | $115,404.53 |
| 11/02/16 | 5011 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL  60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $113,404.53 |
| 11/02/16 | 5012 | R. HANSON CORPORATION<br>Attn: Bob Hanson<br>321 ISLAND VIEW LANE<br>LAKE BARRINGTON, IL  60010 | Goddard Schools Olathe & Overland Park - Broker Commission for Sale of Stock | 2690-000 | | $36,437.50 | $76,967.03 |
| | | | Page Subtotals: | | $87,250.00 | $74,627.50 | |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-24297 | Trustee Name: Frances Gecker, Trustee |
| Case Name: SUN TRANSACTIONS ADVISORS, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2101 |
| | Checking |
| Taxpayer ID No: XX-XXX8871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/02/16 | 5013 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL  60172 | Goddard Schools Olathe & Overland Park - Broker Commission for Sale of Stock | 2690-000 | | $1,490.62 | $75,476.41 |
| 11/04/16 | 16 | ELKHART PHARMACY<br>Wire Transfer In | SALES COMMISSION OF LICENSE SALE - ELKHART PHARMACY | 1121-000 | $2,500.00 | | $77,976.41 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $68.36 | $77,908.05 |
| 11/09/16 | 5014 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL  60172 | SALE COMMISSION FROM ELKHART PHARMACY | 2690-000 | | $125.00 | $77,783.05 |
| 11/18/16 | 5015 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL  60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $75,783.05 |
| 12/05/16 | 5016 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL  60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $73,783.05 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $124.44 | $73,658.61 |
| 12/15/16 | 5017 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL  60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $71,658.61 |
| 12/28/16 | 5018 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL  60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $69,658.61 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.84 | $69,549.77 |

Page Subtotals:  $2,500.00   $9,917.26

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-24297  
Case Name: SUN TRANSACTIONS ADVISORS, LLC  
Taxpayer ID No: XX-XXX8871  
For Period Ending: 01/31/2018  

Trustee Name: Frances Gecker, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2101  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/17/17 | 5019 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $67,549.77 |
| 02/01/17 | 5020 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $65,549.77 |
| 02/02/17 | 5021 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond 2017 | 2300-000 | | $28.19 | $65,521.58 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.17 | $65,419.41 |
| 02/16/17 | 16 | GARDI & HAUGHT, LTD<br>Lawyers Trust Fund of Illinois<br>939 N. Plum Grove Road, Suite C<br>Schaumburg, IL 60173 | SALES COMMISSION - Sarpino's | 1121-000 | $44,600.00 | | $110,019.41 |
| 02/16/17 | 5022 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $108,019.41 |
| 02/16/17 | 5023 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Operating Consultant Closing Bonus - Order dated 9/15/16 Sarpino's - Sale Commission Pursuant to Order dated 9/15/16 [Dkt. #29]. | 2690-000 | | $1,003.50 | $107,015.91 |
| 02/21/17 | 5024 | Ken Kurtz<br>Mistershop.com<br>1721 Mission Hills Road, Suite 107<br>Northbrook, IL 60062 | Commission for sale of Sarpino's Wrigleville Pursuant to Order dated 9/15/16 - Dkt. No. 29 | 2690-000 | | $24,530.00 | $82,485.91 |
| 02/28/17 | 5025 | BETTER LIFE TRADING CO., INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Order dated 9/15/16 - DKT #27 | 3731-000 | | $2,000.00 | $80,485.91 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $112.20 | $80,373.71 |
| | | | Page Subtotals: | | $44,600.00 | $33,776.06 | |

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-24297 | Trustee Name: Frances Gecker, Trustee |
| Case Name: SUN TRANSACTIONS ADVISORS, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2101 |
| | Checking |
| Taxpayer ID No: XX-XXX8871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.59 | $80,254.12 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.47 | $80,138.65 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.13 | $80,019.52 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $115.13 | $79,904.39 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.81 | $79,785.58 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $118.62 | $79,666.96 |
| 09/26/17 | 16 | WIRE IN - SILVER CREEK PHARMACY | Sale of Silver Creek Pharmacy | 1121-000 | $100,000.00 | | $179,666.96 |
| 09/27/17 | 5026 | MLM, LLP<br>Attention: William Mears<br>400 Midland Court<br>Suite 101<br>Janesville, WI 53546 | Silver Creek Pharmacy Sale - Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | 2690-000 | | $6,000.00 | $173,666.96 |
| 09/27/17 | 5027 | RW SUN INC.<br>ATTN: RYAN WULFEKUHL<br>15346 PAPIO STREET<br>OMAHA, NE 68138 | Silver Creek Pharmacy Sale - Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | 2690-000 | | $46,200.00 | $127,466.96 |
| 09/27/17 | 5028 | T. DONNELLY, INC.<br>c/o Dan Donnelly<br>10910 S. Natchez<br>Worth, IL 60482 | Silver Creek Pharmacy Sale - Commission for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | 2690-000 | | $10,000.00 | $117,466.96 |
| 09/27/17 | 5029 | BETTER LIFE TRADING COMPANY, INC.<br>503 DORCHESTER CT.<br>#101<br>ROSELLE, IL 60172 | Silver Creek Pharmacy Sale - Operating Consultant Bonus Closing for Sale of Stock Pursuant to Order dated 9/15/16 [Dkt. #29]. | 3991-000 | | $1,890.00 | $115,576.96 |

Page Subtotals: $100,000.00   $64,796.75

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-24297 | Trustee Name: Frances Gecker, Trustee |
| Case Name: SUN TRANSACTIONS ADVISORS, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2101 |
| | Checking |
| Taxpayer ID No: XX-XXX8871 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $138.42 | $115,438.54 |
| 12/21/17 | 5030 | Frances Gecker<br>FRANKGECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $20,551.17 | $94,887.37 |
| 12/21/17 | 5031 | FRANKGECKER LLP<br>325 N. LASALLE STREET<br>SUITE 625<br>CHICAGO, ILLINOIS 60654 | Distribution | | | $54,435.68 | $40,451.69 |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order.    ($54,057.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | Final distribution representing a payment of 100.00 % per court order.    ($378.18) | 3120-000 | | | |
| 12/21/17 | 5032 | ALAN D. LASKO & ASSOCIATES PC<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Distribution | | | $4,922.20 | $35,529.49 |
| | | ALAN D. LASKO & ASSOCIATES PC | Final distribution representing a payment of 100.00 % per court order.    ($4,885.10) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES PC | Final distribution representing a payment of 100.00 % per court order.    ($37.10) | 3420-000 | | | |
| 12/21/17 | 5033 | DANIEL K. PEDERSEN<br>1331 WINDHILL<br>PALATINE, IL  60067 | Final distribution to claim 1 representing a payment of 75.94 % per court order. | 7100-000 | | $35,529.49 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $346,023.42 | $346,023.42 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $346,023.42 | $346,023.42 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $115,576.96 |

UST Form 101-7-TDR (10/1/2010)  *(Page: 16)*

Net $346,023.42     $346,023.42

Exhibit 9

Page Subtotals: $0.00     $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2101 - Checking | $346,023.42 | $346,023.42 | $0.00 |
|  | $346,023.42 | $346,023.42 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $346,023.42 |
| Total Gross Receipts: | $346,023.42 |